7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  David Earl Brown and Darla Jean Brown<br>***Debtor*** | ***Bankruptcy Case No.***<br>12–50853–can7 |
| **Bruce E. Strauss , Chapter 7 Trustee**<br>    Plaintiff(s) | ***Adversary Case No.***<br>13–05014–can |
| v. | |
| **David Earl Brown**<br>    Defendant(s) | |

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: that Judgment is entered in favor of Defendant/Debtor, David Earl Brown, and against Plaintiff, Chapter 7 Trustee Bruce E. Strauss, on Plaintiffs Adversary Complaint to deny discharge under 11 U.S.C. §§ 727(a)(2)(A), (a)(2)(B), (a)(3), and (a)(4)(D). Judgment is entered in favor of Plaintiff on Plaintiffs Adversary Complaint and against Defendant/Debtor under 11 U.S.C. §§ 727(a)(4)(A), (a)(5), and (a)(7).
IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the discharge of David Earl Brown is hereby DENIED.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 5/13/15

Court to serve